IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WILLA HARNEY, | : |
| *Petitioner*, | : Case No. 1:22-cv-537 |
| vs. | : Judge Jeffery P. Hopkins |
| WARDEN, OHIO REFORMATORY FOR WOMEN, | : |
| *Respondent*. | : |

## ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 33)

This case is before the Court on the Magistrate Judge's Report and Recommendation (Doc. 33) advising the Court to dismiss Petitioner Willa Harney's *pro se* petition for writ of habeas corpus (Doc. 8) with prejudice. The Magistrate Judge also recommends that this Court deny several pending motions (Docs. 10, 13, 14, 21, 27). No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the fact of the record in order to accept the recommendation"); *see e.g.*, *Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022). Accordingly, the Court hereby **DISMISSES** the petition (Doc. 8) with prejudice, **DENIES** the Petitioner's motions for emergency release (Docs. 10, 14, 27), for reduction in sentence

(Doc. 13), and for immediate ruling and resolution (Doc. 21), and **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith.

    **IT IS SO ORDERED.**

Dated: December 27, 2023

                                                   Hon. Jeffery P. Hopkins
                                                   United States District Judge